UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 51289
   JOSUE R GARCIA
   JENA L GARCIA                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7622    SSN XXX-XX-7733

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/13/05 and confirmed on 04/27/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  72044.38 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITICORP TRUST BANK | CURRENT MORTG | .00 | .00 | .00 |
| SMC | UNSECURED | 1056.71 | 67.76 | 1056.71 |
| FIRST NATIONAL BANK | SECURED VEHIC | 7625.00 | 418.85 | 7625.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 23808.81 | 2304.99 | 23808.81 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4013.92 | 388.57 | 4013.92 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7020.65 | 679.68 | 7020.65 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 5699.84 | 551.81 | 5699.84 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 5660.08 | 547.98 | 5660.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6553.29 | 634.46 | 6553.29 |

                  Summary of disbursements:
------------------------------------------------------------------------
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7625.00 | .00 | 53813.30 | .00 | 61438.30 |
| PRINCIPAL PAID | 7625.00 | .00 | 53813.30 | .00 | 61438.30 |
| INTEREST PAID | 418.85 | .00 | 5175.25 | .00 | 5594.10 |
| TOTAL PAID | 8043.85 | .00 | 58988.55 | .00 | 67032.40 |

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $  2700.00
and was paid $   700.00  direct and $  2000.00  through the plan.

The Trustee received $   3002.50 .

Refunds to the Debtor totaled $       9.48 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 05 B 51289 JOSUE R GARCIA & JENA L GARCIA